BEFORE THE SECOND DIVISION, DECEMBER 18, 1957

**No. 61413.**—Columbus-Dixon, Inc. *v.* United States, protest 267393–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the scrubber brushes are parts of vacuum cleaners which have as an essential feature an electrical element or device, the claim of the plaintiff was sustained.